```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ERIC JOHNSON,

            Plaintiff,                      ORDER

      - against -                           22 Civ. 9687 (NRB)

SERVEDFRESH, LLC,

            Defendant.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on December 20, 2022, the Clerk entered a certificate of default; and

WHEREAS, on December 22, 2022, the Court sent plaintiff's counsel a letter describing several issues with plaintiff's attempts at service, which in turn undermined the entry of the certificate of default; and

WHEREAS, the Court has received no communication from plaintiff since the December 22, 2022 letter; it is hereby

**ORDERED** that the case will be dismissed without prejudice if the Court does not receive adequate proof of service in 20 days.

Dated:   New York, New York
         February 17, 2023

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE